| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Lane M. Nussbaum SBN 264200<br>Nussbaum APC<br>27489 Agoura Rd. Ste. 102<br>Agoura Hills, CA 91301<br>Tel (818) 660-1919<br>Fax: (818) 864-3241<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* DLI Properties, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  NORTHERN DIVISION**

| In re:<br>JERRY BURMAN | CASE NO.: 9:16-BK-11674-DS<br><br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY UNDER 11 U.S.C. § 362(l)**<br>**(with supporting declarations)**<br>**(UNLAWFUL DETAINER)** |
| Debtor(s). | DATE: 10/04/2016<br>TIME: 1:30 pm<br>COURTROOM: 202 |

**Movant**: DLI Properties, LLC

1. **Hearing Location**:

   ☐ 255 East Temple Street, Los Angeles, CA 90012   ☐ 411 West Fourth Street, Santa Ana, CA 92701

   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367   ☒ 1415 State Street, Santa Barbara, CA 93101

   ☐ 3420 Twelfth Street, Riverside, CA 92501

2. Notice is given to the Debtor and trustee (*if any*)(Responding Parties), their attorneys (*if any*), and other interested parties that on the date and time and in the courtroom stated above, Movant will request that this court enter an order granting relief from the automatic stay as to Debtor and Debtor's bankruptcy estate on the grounds set forth in the attached Motion.

3. To file a response to the motion, you may obtain an approved court form at www.cacb.uscourts.gov/forms for use in preparing your response (optional LBR form F 4001-1.RFS.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4.  When serving a response to the motion, serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above.

5.  If you fail to timely file and serve a written response to the motion, or fail to appear at the hearing, the court may deem such failure as consent to granting of the motion.

6.  ☒  This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1(d).  If you wish to oppose this motion, you must file and serve a written response to this motion no later than 14 days before the hearing and appear at the hearing.

7.  ☐  This motion is being heard on SHORTENED NOTICE pursuant to LBR 9075-1(b).  If you wish to oppose this motion, you must file and serve a response no later than (*date*) _____ and (*time*) _____; and, you may appear at the hearing.

   a.  ☐  An application for order setting hearing on shortened notice was not required (according to the calendaring procedures of the assigned judge).

   b.  ☐  An application for order setting hearing on shortened notice was filed and was granted by the court and such motion and order have been or are being served upon the Debtor and upon the trustee (if any).

   c.  ☐  An application for order setting hearing on shortened notice was filed and remains pending.  After the court rules on that application, you will be served with another notice or an order that specifies the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

Date:  09/12/2016

Nussbaum APC
_____
Printed name of law firm (if applicable)

Lane Nussbaum
_____
Printed name of individual Movant or attorney for Movant

_____
Signature of individual Movant or attorney for Movant

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER
## CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY
### (Unlawful Detainer)

**1.  Movant is the:**

   a. ☒ Owner of the Property
   b. ☐ Authorized Agent of the owner of the Property
   c. ☐ Other (*specify*):

**2.  The Property at Issue (Property):**

   Type of Property:  ☒ Residential  ☐ Nonresidential

   *Street Address*: 648 Calle Tulipan
   *Unit/Suite Number*:
   *City, State, Zip Code*: Thousand Oaks, CA, 91360

**3.  Bankruptcy Case History:**

   a. ☒ A voluntary  ☐ An involuntary  petition under chapter  ☒ 7 ☐ 11 ☐ 12 ☐ 13
      was filed on (*date*): 09/09/2016

   b. ☐ An order to convert this case to chapter  ☐ 7 ☐ 11 ☐ 12 ☐ 13
      was entered on (*date*):

   c. ☐ A plan was confirmed on (*date*):

**4.  Pursuant to 11.U.S.C. § 362(b)(22) and (23) there is no stay because (*check all that apply*):**

   a. ☒ Movant commenced an eviction, unlawful detainer action or similar proceeding against the Debtor involving residential property in which the Debtor resides and:

     (1) ☒ The Debtor has not filed and served on Movant the certification required under 11 U.S.C. § 362(l)(1).

     (2) ☒ The Debtor or adult dependent of the Debtor has not deposited with the clerk any rent that would become due during the 30-day period after the filing of the petition.

     (3) ☒ The Debtor or adult dependent of the Debtor has not filed and served on Movant the further certification required under 11 U.S.C. § 362(l)(2) that the entire monetary default that gave rise to the judgment has been cured.

     (4) ☐ Movant filed and served an objection to the Debtor's certification.  A copy of the objection is attached as Exhibit _____.  A hearing on this objection is set for (*date*) _____.

**5.  Grounds for Relief from Stay:** (*check all that apply*)

   a. ☒ Pursuant to 11 U.S.C. § 362(d)(1), cause exists because, as of the bankruptcy petition date, the Debtor had no right to continued occupancy of the premises, as follows:

     (1) ☒ Movant caused a notice to quit to be served on the Debtor.

     (2) ☒ An unlawful detainer proceeding was commenced on (*date*) _06/15/2016_.

     (3) ☒ An unlawful detainer judgment was entered on (*date*) _07/26/2016_.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                                      Page 3                          **F 4001-1.RFS.UD.MOTION**

(4) ☒ Movant acquired title to the Property by foreclosure sale before the bankruptcy petition was filed and recorded the deed within the period provided by state law for perfection.

(5) ☐ Movant acquired title to the Property by foreclosure sale after the bankruptcy petition was filed and recorded the deed within the period provided by state law for perfection.

b. ☐ Pursuant to 11 U.S.C. § 362(d)(1) the Debtor's right to possession should be terminated because (*check all that apply*):

(1) ☐ The lease or other right of occupancy expired by its terms on (*date*) _____.

(2) ☐ The lease has matured, been rejected or deemed rejected by operation of law on (*date*) _June 13, 2016_

(3) ☐ Lease payments have not been made after the filing of the bankruptcy petition.

(4) ☐ An unlawful detainer action was filed to obtain possession of the Property on grounds of endangerment of the Property or because of illegal use of controlled substances on the Property and Movant filed and served upon the Debtor a certification that ☐ such an action was filed or
☐ that within the 30 days preceding the certification, the Debtor has endangered the subject Property or illegally allowed the use of controlled substances on the Property.  A copy of Movant's certification is attached as Exhibit _____.  The Debtor ☐ has ☐ has not filed an objection to Movant's certification.  A copy of the Debtor's objection, if any, is attached as Exhibit _____.  A hearing on this objection is set for (*date*) _____.

(5) ☐ The bankruptcy case was filed in bad faith:

(A) ☐ Movant is the only creditor or one of few creditors listed in the Debtor's case commencement documents.

(B) ☐ Other bankruptcy cases have been filed in which an interest in the Property was asserted.

(C) ☐ The Debtor filed only a few case commencement documents.  No schedules or statement of financial affairs (or chapter 13 plan, if appropriate) has been filed.

(D) ☐ There was a recent transfer of all or part ownership of, or other interest in the Property without the consent of the Movant or court approval.

c. ☒ Pursuant to 11 U.S.C. § 362(d)(2)(A), the Debtor has no equity in the Property; and pursuant to 11 U.S.C. § 362(d)(2)(B), the Property is not necessary to an effective reorganization.

6. **Grounds for Annulment of the Stay.**  Movant took postpetition actions against the Property or the Debtor:

a. ☐ These actions were taken before Movant knew the bankruptcy petition was filed, and Movant would have been entitled to relief from stay to proceed with these actions.

b. ☐ Movant knew the bankruptcy case had been filed, but Movant previously obtained relief from stay to proceed with these enforcement actions in prior bankruptcy cases affecting the Property as set forth in Exhibit _____.

c. ☐ Other:

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

7. **Evidence in Support of Motion:** (***Important Note: Declaration(s) in support of the Motion MUST be signed under penalty of perjury and attached to this motion.***)

    a.  The UNLAWFUL DETAINER DECLARATION on page 7.

    b.  ☐  Supplemental declaration(s).

    c.  ☐  Other (*specify*):

**Movant requests the following relief.**

1.  Relief from stay pursuant to:  ☒ 11 U.S.C. § 362(d)(1)  ☒ 11 U.S.C. § 362(d)(2)

2.  ☒  Movant (and any successors or assigns) may proceed under applicable nonbankruptcy law to enforce its remedies to obtain possession of the Property.

3.  ☐  Confirmation that there is no stay in effect.

4.  ☐  The stay is annulled retroactive to the bankruptcy petition date.  Any postpetition acts taken by Movant to enforce its remedies regarding the Property shall not constitute a violation of the stay.

5.  ☐  The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

6.  ☒  The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

7.  ☒  A designated law enforcement officer may evict the Debtor and any other occupant from the Property regardless of any future bankruptcy filing concerning the Property for a period of 180 days from the hearing of this motion:

    ☐  without further notice.

    ☒  upon recording of a copy of the order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

8.  ☒  Relief from stay is granted under 11 U.S.C. § 362(d)(4), if the order granting this motion is recorded in compliance with state laws governing notices of interest or liens in real property, the order is binding in any other case under this title purporting to affect the Property filed not later than two years after the date of entry of such order, except that a debtor in a subsequent case under this title may move for relief from the order based upon changed circumstances or for good cause shown, after notice and a hearing.

9.  ☒  The order is binding and effective in any bankruptcy case commenced by or against any debtor who claims any interest in the Property for a period of 180 days from the hearing of this Motion:

    ☐  without further notice.

    ☒  upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

10.  ☒  The order is binding in any other bankruptcy case purporting to affect the Property filed not later than 2 years after the date of entry of such order, except that a debtor in a subsequent case may move for relief from the order based upon changed circumstances or for good cause shown, after notice and hearing.

11.  ☒  The order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the Property.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

12. ☐ If relief from stay is not granted with respect to the Property because the Property is the subject of a lease that may be assumable;

    a. ☐ Establishment of a deadline for assumption or rejection of the lease.

    b. ☐ Adequate protection in the form of regular payments at the lease rate from petition date until assumption or rejection of the lease.

13. ☐ Other relief requested.

Date: <u>09/12/2016</u>

                                Nussbaum APC
                                Print name of law firm (*if applicable*)

                                Lane Nussbaum
                                Print name of individual Movant or attorney for Movant (*if applicable*)

                                Signature of individual Movant or attorney for Movant

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*　　　　　　　　　　　Page 6　　　　　　　　　**F 4001-1.RFS.UD.MOTION**

# UNLAWFUL DETAINER DECLARATION

Colleen.Riojas

I, (*name of declarant*) _____ , declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto.  I am over 18 years of age.  I have knowledge regarding Movant's interest in the Property because (*specify*):

   a. ☐  I am the Movant and owner of the Property.

   b. ☒  I manage the Property as the authorized agent for the Movant.

   c. ☐  I am employed by Movant as (*title and capacity*):

   d. ☐  Other (*specify*):

2. a. ☒  I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to the rental of this Property.  I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event.  The business records are available for inspection and copies can be submitted to the court if required.

   b. ☐  Other (see attached):

3. The Property is:

   ☒ Residential  ☐ Nonresidential

   *Street Address*: 648 Calle Tulipan
   *Unit/Suite Number*:
   *City, State, Zip Code*: Thousand Oaks, CA, 91360

4. Movant is the  ☒ legal owner of the Property, or  ☐ the owner's legally authorized agent.  A true and correct copy of the trustee's deed upon sale, lease, rental agreement, or other document evidencing Movant's interest in the Property is attached as Exhibit _1___ .  A true and correct copy of the applicable document establishing Movant's authority as agent for the owner is attached as Exhibit _____.

5. The Debtor asserts a possessory interest in the Property based upon:

   (1) ☐  a month-to-month tenancy

   (2) ☐  a lease that is in default

   (3) ☒  after a foreclosure sale that was held on (*date*):  05/25/2016___ .

   (4) ☐  other (*specify*):

6. The Debtor failed to pay:

   a. ☐  The monthly rent of $_____ beginning on (*date*): _____.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

b.  ☐ Other obligations including:

   (1) ☐ Common area maintenance charges

   (2) ☐ Property taxes

   (3) ☐ Other obligations (*specify*):

7.  Procedural status

a.  ☐ The lease matured or was rejected on (*date*) _____:

   (1) ☐ by operation of law.

   (2) ☐ by order of the court.

b.  ☒ Movant caused a notice to quit to be served upon the Debtor on (*date*) 06/09/2016 ____, and a true and correct copy is attached as Exhibit  2  ____.

c.  ☒ Before the bankruptcy petition was filed:

   (1) ☒ Movant filed a complaint for unlawful detainer against the Debtor on (*date*)  06/15/2016  ____, and a true and correct copy is attached as Exhibit  3  ____.

   (2) ☒ Trial was held on (*date*)  7/25/16  ____.

   (3) ☐ Trial was continued to (*date*) _____.

   (4) ☒ An unlawful detainer judgment against the Debtor was entered on the complaint for unlawful detainer on (*date*) 07/26/2016 ___, and a true and correct copy is attached as Exhibit  4  ___.

   (5) ☒ A writ of possession for the Property was issued on (*date*)  07/27/2016  ____, and a true and correct copy is attached as Exhibit  5  ____.

d.  After the bankruptcy petition was filed:

   (1) ☒ The Debtor has not filed and served on the Movant the certification required under 11 U.S.C. § 362(l)(1).

   (2) ☒ The Debtor or adult dependent of the Debtor has not deposited with the clerk any rent that would become due during the 30-day period after the filing of the bankruptcy petition.

   (3) ☒ The Debtor or adult dependent of the Debtor has not filed and served on the Movant the further certification required under 11 U.S.C. § 362(l)(2) that the entire monetary default that gave rise to the judgment has been cured.

   (4) ☐ The Debtor filed and served on the Movant the certification required under 11 U.S.C. § 362(d)(1).

      (A) ☐ Movant filed and served an objection a copy of which is attached as Exhibit _____.  A hearing on this objection is set for (*date*) _____.

      (B) ☐ Movant has not filed and served an objection.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                                    Page 8                          **F 4001-1.RFS.UD.MOTION**

(5) ☐ An unlawful detainer action was filed to obtain possession of the Property on grounds of endangerment of the Property or because of illegal use of controlled substances on the Property and Movant has filed a certification that ☐ such action was filed or ☐ that the Debtor has endangered the Property within 30 days preceding the certification or allowed the illegal use of controlled substances on the Property. A copy of Movant's certification is attached hereto as Exhibit _____. The Debtor ☐ has ☐ has not filed an objection to Movant's certification. A copy of the Debtor's objection, if filed, is attached as Exhibit ___. A hearing on this objection is set for: _____.

(6) ☒ Regular lease payments have not been made after the bankruptcy petition was filed.

8. ☒ The Debtor does not have an interest in the Property that could be assumed or assigned under 11 U.S.C. § 365.

9. ☒ The Property is not necessary to an effective reorganization because it is:

   a. ☒ Residential, and is not producing income for the Debtor.

   b. ☐ Commercial, but no reorganization is reasonably in prospect.

   c. ☒ No longer property of the estate.

   d. ☐ Other (*specify*):


10. ☐ The bankruptcy case was filed in bad faith:

   a. ☐ Movant is the only creditor or one of few creditors listed in the Debtor's case commencement documents.

   b. ☐ Other bankruptcy cases have been filed in which an interest in the Property was asserted.

   c. ☐ The Debtor filed only a few case commencement documents. Schedules and a statement of financial affairs (or chapter 13 plan, if appropriate) have not been filed.

   d. ☐ Other (*specify*):


11. ☐ The filing of the bankruptcy petition was part of a scheme to delay, hinder or defraud creditors that involved:

   a. ☐ The transfer of all or part ownership of, or other interest in, the Property without the consent of Movant or court approval. See attached continuation page of facts establishing the scheme.

   b. ☐ Multiple bankruptcy cases affecting the Property include:
   (1) Case name: _____
       Chapter: _____    Case number: _____
       Date filed: _____        Date discharged: _____    Date dismissed: _____
       Relief from stay regarding the Property ☐ was ☐ was not  granted.

   (2) Case name: _____
       Chapter: _____    Case number: _____
       Date filed: _____        Date discharged: _____    Date dismissed: _____
       Relief from stay regarding the Property ☐ was ☐ was not  granted.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 9                        F 4001-1.RFS.UD.MOTION

(3) Case name: _____

    Chapter: _____     Case number: _____

    Date filed: _____        Date discharged: _____     Date dismissed: _____

    Relief from stay regarding the Property ☐ was ☐ was not granted.

☐ See attached continuation page for information about other bankruptcy cases affecting the Property.

☐ See attached continuation page for additional facts establishing that the multiple bankruptcy cases were part of a scheme to delay, hinder, or defraud creditors.

12. ☐ Enforcement actions taken after the bankruptcy petition was filed are specified in the attached supplemental declaration(s).

    a. ☐ These actions were taken before Movant knew the bankruptcy petition was filed, and Movant would have been entitled to relief from stay to proceed with these actions.

    b. ☐ Movant knew the bankruptcy case had been filed, but Movant previously obtained relief from stay to proceed with these enforcement actions in prior bankruptcy cases affecting the Property as set forth in Exhibit _____.

    c. ☐ For other facts justifying annulment, see attached continuation page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/12/2016 | Colleen.Riojas | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 10                        **F 4001-1.RFS.UD.MOTION**

# EXHIBIT 1

**COPY** of Document Recorded

20160608    000794860

Has not been compared with original.
Original will be returned when
processing has been completed.
_Ventura_ COUNTY REGISTRAR-RECORDER

6|8|16    8am # 17.00

TDUS
TS # 9551-2893
TSG Order # 8561237

**RECORDING REQUESTED BY: DLI PROPERTIES, LLC**

**WHEN RECORDED , PLEASE MAIL A COPY TO:**
**DLI PROPERTIES, LLC**
P.O. BOX 517
AGOURA HILLS, CA 91376

**Forward Tax Statements to the Address Given Above**

SPACE ABOVE LINE FOR RECORDER'S USE

TS #: **9551-2893**                    TSG Order #: 8561237

# TRUSTEE'S DEED UPON SALE

A.P.N.: **675-0-152-245**                    Transfer Tax:    $467.50

The Grantee Herein **was not** the Foreclosing Beneficiary.
The Amount of the Unpaid Debt was **$602,152.60**
The Amount Paid by the Grantee was **$425,000.00**
Said Property is in the City of **THOUSAND OAKS**, County of **Ventura**

**NBS Default Services, LLC**, as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby **GRANT and CONVEYS** without covenant or warranty, express or implied, to: **DLI PROPERTIES, LLC** (herein called Grantee) but without covenant or warranty, expressed or implied, to the property situated in the county of **Ventura**, State of California, described as follows:

**LOT 37 OF TRACT NO. 1075, IN THE CITY OF THOUSAND OAKS, COUNTY OF VENTURA, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 27, PAGE (S) 31 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.**

COMMONLY KNOWN AS: 648 CALLE TULIPAN, THOSAND OAKS, CA 91360
This deed is made pursuant to the authority and powers, including the power of sale conferred upon Trustee (or to Successor Trustee) by the Deed of Trust dated **03/21/2005** made to **BARBARA DEE HART AND RAOUL GREGORY FIELDS, WIFE AND HUSBAND**, and recorded on **03/28/2005**, in the office of the County Recorder of **Ventura**, California, as **Document No.: 20050328-0074035, Book No.: -, Page No.: -**, Trustee (or Successor Trustee) having complied with all applicable statutory provisions and having performed all of his duties under the said Deed of Trust.

All requirements per law and of said Deed of Trust relating to this sale to notice thereof have been complied with. Trustee or Successor Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on **05/25/2016** at the place specified in said Notice,

**MAIL TAX STATEMENTS TO: THE ABOVE MENTIONED ADDRESS**

TDUS
TS # 9551-2893
TSG Order # 8561237

Grantee, being the highest bidder at said sale became the purchaser of said property for the bid amount, being **$425,000.00,** in lawful money of the United States, in proper, receipt thereof is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

Date: **May 25, 2016**                    **NBS Default Services, LLC**

By:

                         **Gaby Ospino**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On **MAY 2 6 2016** before me, **Nicole Rodriguez**, a Notary Public, personally appeared, Gaby Ospino, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

NICOLE RODRIGUEZ
Commission # 2096302
Notary Public - California
Los Angeles County
My Comm. Expires Jan 9, 2019

TDUS                              2                              2146953065

# EXHIBIT 2

# NOTICE TO QUIT

To: All occupants, hereinafter referred to jointly, severally, individually and collectively as "You"

PREMISES: 648 Calle Tulipan, Thousand Oaks, CA 91360

DLI Properties, LLC has purchased the above described property following a foreclosure of a deed of trust after default of a note, and title has been duly perfected.

## IF YOU WERE THE OWNER OF THE PROPERTY OR OTHERWISE NOT A TENANT:

Within 3 days after the date of service of this notice upon you, you are required to quit and move out of the above described property.  If you fail to comply with this notice legal proceeding will be commenced against you to recover possession of said premises (and for such damages as may be allowed by law).

## IF YOU WERE A TENANT OF THE PROPERTY STATED ABOVE:

If a party to the above mentioned note remains in the property, then within 30 days after the date of service of this notice upon you, you are required to quit and move out of the above described property.  Otherwise, within 90 days after the date of service of this notice upon you, you are required to quit and move out of the above described property.  If you fail to comply with this notice legal proceeding will be commenced against you to recover possession of said premises (and for such damages as may be allowed by law).

*You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations." CC1785.26(c) (2).

Sec. 594 of the Penal Code of California states: "Every person who maliciously injures, or destroys any real property not his own . . . is guilty of vandalism."

# NOTICE TO PERFORM OR QUIT

**IF YOU WERE A TENANT, PLEASENOTE:** Within three days after the date of service of a copy of this notice upon you, you are required to deliver a written statement, identifying all current occupants of the premises, and further identifying all current terms of your rental agreement. The statement must be delivered to the following address:

DLI Properties, LLC
27489 Agoura Road, STE 102
Agoura Hills Ca, 91376

IF YOU FAIL to comply with the above, you must quit and deliver possession of the premises within three days of the service of this notice. If you fail to comply with this notice, Landlord elects to declare forfeiture of your rental agreement immediately.

Date: June 09, 2016          Owner/Agent: DLI Properties, LLC

*You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations." CC1785.26(c) (2).

Sec. 594 of the Penal Code of California states:  "Every person who maliciously injures, or destroys any real property not his own . . . is guilty of vandalism."

# EXHIBIT 3

Lane M. Nussbaum, SBN 264200
Sandra L. Stevens, SBN 84727
**NUSSBAUM APC**
27489 AGOURA ROAD, STE 102
AGOURA HILLS, CALIFORNIA 91301
Tel. (818) 660-1919    Fax. (818) 864-3241

VENTURA
SUPERIOR COURT
**FILED**

JUN 15 2016

MICHAEL D. PLANET
Executive Officer and Clerk
BY _____, Deputy

**DEBRA RAMOS**

Attorneys for Plaintiff DLI Properties, LLC

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF VENTURA

56-2016-00482929-CL-UD-VTA

DLI PROPERTIES, LLC

        Plaintiff,

    vs.

BARBARA DEE HART; RAOUL GREGORY
FIELDS and DOES 1-10

        Defendants.

**CASE NO.**

**UNLAWFUL DETAINER COMPLAINT**

**LIMITED ACTION**

**Action based on CCP §1161a; amount
demanded does not exceed $10,000**

**PLAINTIFF ALLEGES:**

1.    Plaintiff DLI Properties, LLC is the owner of, and entitled to immediate possession of the real property commonly known as 648 Calle Tulipan, Thousand Oaks, CA 91360 ("the Premises"). DLI Properties, LLC, is authorized to do business within the State of California and the above-entitled judicial district.

2.    Plaintiff is ignorant of the true names and capacities of the defendants sued herein as All Occupants in Possession. Plaintiff is informed and believes and thereon alleges that each of defendants is responsible in some manner for the occurrences herein alleged, and that plaintiff's damages as herein alleged were proximately caused by said defendants who are occupants and not tenants for rent of the Premises. If the current occupants possess the premises

UNLAWFUL DETAINER COMPLAINT

1

to the exclusion of the named defendant, then they are not entitled to a notice period as described by C.C.P. §1161(c). Defendants are not tenants covered by any statute or ordinance that would restrict the plaintiff's ability to recover the Premises.

3.    Plaintiff is informed and believes that the Premises were subject a lien by a Trustor, and said Trustor defaulted in the payment of a promissory note secured by the aforementioned Deed of Trust, and thereafter, at the request of the owner and holder of said promissory note and deed of trust, said trustee caused to be recorded a notice of default and breach of conditions of said deed of trust and the election of said trustee to sell said property to satisfy the obligations thereby secured.

4.    On May 25, 2016 a foreclosure sale took place and Plaintiff took title to the Premises and received an executed Trustee's Deed Upon Sale.

5.    The Premises were sold in accordance with section 2924 of the Civil Code, under power of sale contained in a deed of trust executed by the defendant herein, and title under the sale has been duly perfected by the recording of the Trustee's Deed upon Sale in the county Recorder's Office, or otherwise shall be perfected retroactively by the recording of the trustee's deed upon sale within 15 days of the date of the sale.

6.    Barbara Dee Hart and Raoul Gregory Fields ("Defendants") are not tenants and held possession of the Premises after the foreclosure sale.  On June 09, 2016, Plaintiff caused to be served upon Defendants a written notice to quit and deliver up possession of the Premises property.  A true copy of said notice is attached hereto, labeled exhibit "A" and incorporated herein by reference. Proof of Service to attachment "A" is attached hereto as exhibit "B".

7.    Plaintiff is informed and believes that, all other Defendants named are not tenants. To the extent that any occupants are tenants, occupants have been requested, in writing and orally to provide the terms of their tenancy. Occupants refused to comply with these requests. Occupants were then served a Three Day Notice to provide the terms of their lease agreement or to execute a new lease. Occupants have refused or failed to comply with the notice, and as such have forfeited any such rental agreement or right to tenancy.

8.    The notice to quit has since expired but Defendants have failed and refused to

UNLAWFUL DETAINER COMPLAINT

2

deliver up possession of the Premises.

9.    Defendants continue in possession of the Premises without permission or consent of Plaintiff, and contrary to the notice to quit.

10.    Plaintiff may assign its interest. In the event that such unlawful detainer litigation is in progress, all parties agree that it is the intention of new assignee and Plaintiff that new assignee shall have the right to prosecute any pending unlawful detainer action regarding the property.

11.    The daily fair market value of the Premises is $66.67.

12.    An unlawful detainer assistant did not receive compensation or give advice or assistance with this form.

WHEREFORE, Plaintiff prays judgment against defendants as follows:

1.    For restitution of the above-described premises;

2.    For costs incurred herein;

3.    For such other further relief as the Court may deem fit and proper;

4.    For holdover damages at the daily rate stated in the complaint.

Dated: June 15, 2016

_____
Lane Nussbaum
Attorney for Plaintiff DLI Properties, LLC

UNLAWFUL DETAINER COMPLAINT

3

1

2

**<u>Verification</u>**

3    I, Colleen.Riojas, declare that I have read the foregoing Unlawful Detainer Complaint

4    and know its contents.

5    I am an officer of Plaintiff, and am authorized to make this verification on its behalf. I

6    have read the foregoing complaint and know the contents thereof. The matter stated within it

7    are true of my own knowledge and belief, except as to those matters which are stated to be on

8    information and belief, and as to those matters I believe them to be true.

9

10    I declare under penalty of perjury, according to the laws of the State of California, that

11    the foregoing is true and correct. Executed on June 15, 2016 in Agoura Hills, California

12

13

14

15    Colleen.Riojas

16         Declarant

17

18

19

20

21

22

23

24

25

26

27

28

UNLAWFUL DETAINER COMPLAINT

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## EXHIBIT A

# NOTICE TO QUIT

To: All occupants, hereinafter referred to jointly, severally, individually and collectively as "You"

PREMISES: 648 Calle Tulipan, Thousand Oaks, CA 91360

DLI Properties, LLC has purchased the above described property following a foreclosure of a deed of trust after default of a note, and title has been duly perfected.

**IF YOU WERE THE OWNER OF THE PROPERTY OR OTHERWISE NOT A TENANT:**

Within 3 days after the date of service of this notice upon you, you are required to quit and move out of the above described property.  If you fail to comply with this notice legal proceeding will be commenced against you to recover possession of said premises (and for such damages as may be allowed by law).

**IF YOU WERE A TENANT OF THE PROPERTY STATED ABOVE:**

If a party to the above mentioned note remains in the property, then within 30 days after the date of service of this notice upon you, you are required to quit and move out of the above described property.  Otherwise, within 90 days after the date of service of this notice upon you, you are required to quit and move out of the above described property.  If you fail to comply with this notice legal proceeding will be commenced against you to recover possession of said premises (and for such damages as may be allowed by law).

*You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations." CC1785.26(c) (2).

Sec. 594 of the Penal Code of California states: "Every person who maliciously injures, or destroys any real property not his own . . . is guilty of vandalism."

## NOTICE TO PERFORM OR QUIT

**IF YOU WERE A TENANT, PLEASENOTE:** Within three days after the date of service of a copy of this notice upon you, you are required to deliver a written statement, identifying all current occupants of the premises, and further identifying all current terms of your rental agreement. The statement must be delivered to the following address:

DLI Properties, LLC
27489 Agoura Road, STE 102
Agoura Hills Ca, 91376

IF YOU FAIL to comply with the above, you must quit and deliver possession of the premises within three days of the service of this notice. If you fail to comply with this notice, Landlord elects to declare forfeiture of your rental agreement immediately.

Date: June 09, 2016            Owner/Agent: DLI Properties, LLC

*You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations." CC1785.26(c) (2).

Sec. 594 of the Penal Code of California states: "Every person who maliciously injures, or destroys any real property not his own . . . is guilty of vandalism."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** VENTURA

STREET ADDRESS: 800 Victoria Ave. #210
MAILING ADDRESS: 800 Victoria Ave. #210
CITY AND ZIP CODE: Ventura 93009
BRACH NAME: Central

**CASE NAME:** DLI Properties, LLC v. . et al.

# PROOF OF SERVICE OF NOTICE

Ref No.:

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION. I SERVED COPIES OF THE BELOW DOCUMENT AS FOLLOWS:

DOCUMENT SERVED: CCP 1161a Notice to Quit

PERSONS SERVED: All Occupants

LOCATION OF SERVICE: 648 Calle Tulipan, Thousand Oaks, CA 91360

SERVICE DATE AND TIME: 6/9/16 at 11:48 am

METHOD OF SERVICE: By posting the notice in a conspicuous place on the property, after having attempted personal service to the occupant at the Property address listed above, and after knocking loudly at the entrance, and having been unable to find there a person of suitable age and discretion, and also mailing a second copy to the occupant at the property from camarillo on June 9, 2016.

I am a Registered California Process Server.
Sean Scott
27489 Agoura Road Ste. 102
Agoura Hills, CA 91031
805-402-1000
Registration No.: 550
County:                    Ventura

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in this return of service is true and correct.

Dated: June 09, 2016

Signature: _____
                                    Sean Scott

**Litigati, Inc. Registration: 2014300771**

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

| | |
|---|---|
| CLAIMANT OR CLAIMANT'S ATTORNEY *(Name and Address):*          TELEPHONE NO.:     SBN:                 fax: | *FOR COURT USE ONLY* |

ATTORNEY FOR *(Name):*

**NAME OF COURT:**
    STREET ADDRESS:
    MAILING ADDRESS:
    CITY AND ZIP CODE:
    BRANCH NAME:

    PLAINTIFF:

    DEFENDANT:

| | |
|---|---|
| **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION** | CASE NUMBER: |

| | |
|---|---|
| **Complete this form only if ALL of these statements are true:**<br>**1. You are NOT named in the accompanying Summons and Complaint.**<br>**2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.**<br>**3. You still occupy the premises.** | *(To be completed by the process server)*<br>DATE OF SERVICE:<br>*(Date that this form is served or delivered, and posted, and mailed by the officer or process server)* |

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify):*

2. I reside at *(street address, unit No., city and ZIP code):*

3. The address of "the premises" subject to this claim is *(address):*

4. On *(insert date):* [_____] , the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is the court filing date on the accompanying Summons and Complaint.*

5. I occupied the premises on the date the complaint was filed *(the date in item 4).* I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4).*

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4).*

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. *(Filing fee)* I understand that I must go to the  court and pay a filing fee of  $ _____ or file with the court the form "Application for Waiver of Court Fees and Costs."  I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

*(Continued on reverse)*

CP10.5 [New January 1, 1991]         **PREJUDGMENT CLAIM OF RIGHT
TO POSSESSION**        Code of Civil Procedure §§ 415.46,
715.010, 715.020, 1174.25
WestLaw Doc & Form Builder™

| PLAINTIFF *(Name):* | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name):* | |

---

**NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. **Rental agreement.** I have *(check all that apply to you):*
   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ other *(explain):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

---

**WARNING: Perjury is a felony punishable by imprisonment in the state prison.**

---

Date:

▶

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(TYPE OR PRINT NAME)                                    (SIGNATURE OF CLAIMANT)

---

**NOTICE:** If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

---

## — NOTICE TO OCCUPANTS —

**YOU MUST ACT AT ONCE if all the following are true:**
   1. **You are NOT named in the accompanying Summons and Complaint.**
   2. **You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.** *(The date is the court filing date on the accompanying Summons and Complaint.)*
   3. **You still occupy the premises.**

*(Where to file this form)*    You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)*    If you do not complete and submit this form and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*

---

# EXHIBIT 4

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and ss) TELEPHONE

Lane Nussbaum
27489 Agoura Rd. Ste 102
Agoura Hills, CA 91301

ATTORNEY FOR (Name):

FOR COURT USE ONLY

VENTURA
SUPERIOR COURT
**FILED**

JUL 26 2016

MICHAEL D. PLANET
Executive Officer and Clerk
BY: _____, Deputy

**SUSANNE LEON**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF VENTURA

[✓] 800 SOUTH VICTORIA AVE, VENTURA CA. 93009

[ ] 3855 - F ALAMO ST. SIMI VALLEY, CA. 93063-2110

PLAINTIFF: DLI Properties LLC

DEFENDANT: Hart

STIPULATION: FOR JUDGMENT AND JUDGMENT [✓] Limited Civil Case

[ ] **CIVIL MONEY**

[✓] **UNLAWFUL DETAINER POSSESSION ONLY**

[ ] **UNLAWFUL DETAINER POSSESSION AND MONEY**

CASE NUMBER:

56-2016-00482929-
CL-UD-VTA

It is hereby stipulated by and between the plaintiff(s) DLI Properties LLC

and defendant(s) Barbara DeeHart; Raoul Gregory Fields; Jerry Burman

that judgment shall be entered in favor of [✓] Plaintiff(s) [ ] Defendant(s)
as follows:

Principal Rent ...... $ _____

Damages ............. $ _____

Interest ............. $ _____

Attorney Fees ..... $ _____

Costs ................. $ _____

Total .................. $  ⌀  0

[ ] The plaintiff is awarded forfeiture of the lease

[✓] The plaintiff shall be awarded restitution of the premises located at:

648 Calle Tulipan Thousand Oaks, California.
91360

[✓] A writ of possession is to be issued forthwith but no final lockout

prior to: September 9, 2016

Judgment applies to all occupants including tenants sub to
and all others in possession.

enforcement of judgment stayed as follows: [ ] Possession [ ] Money Judgment

Defendants agree they will not file any post judment motions. Defendant agrees to leave the premises vacan
& of all belongings and persons. Clean, undamaged with all fixtures remain. If Defendants fail to vacate
agreed upon time, plaintiff may take possession of the property and change locks without the use of sheri
property left behind shall be deemed abandoned. There shall be no future delays or stays
regarding possession.

[ ] Defendant(s) agrees to pay the money judgment as stated herein. In the event of default, a writ of execution is to issue
on plaintiff's verified application without further notice of hearing.

I/We the undersigned understand that I/we have the right to: (1) Have an attorney present; (2) Notice and hearing of any
default of terms of the stay of execution; (3) I/we give up the above rights.

Date: 7·25·16 _____  _____
                    PLAINTIFF/ATTORNEY          DEFENDANT/ATTORNEY

Date: _____  _____  _____
                    PLAINTIFF/ATTORNEY Defendant    DEFENDANT/ATTORNEY

Judgment is hereby ordered on all terms of the foregoing stipulation.

to: 7/25/16 _____
                    JUDGE/COMMISSIONER

Stipulation for Judgment and Judgment

# EXHIBIT 5

EJ-130

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number and address):<br>Lane Nussbaum, SBN: 264200<br>27489 Agoura Rd, Suite 102<br>Agoura Hills, CA 91301 | FOR COURT USE ONLY |

TELEPHONE NO.: 818-660-1919  FAX NO.: 818-222-2222
E-MAIL ADDRESS: lnussbaum@nussbaumapc.com
ATTORNEY FOR (Name): DLI Properties, LLC
[✔] ATTORNEY FOR  [✔] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Ventura
STREET ADDRESS: 800 Victoria Ave. #210
MAILING ADDRESS: 800 Victoria Ave. #210
CITY AND ZIP CODE: Ventura 93009
BRANCH NAME: Ventura Superior Court

PLAINTIFF: DLI Properties, LLC

DEFENDANT: Barbara Dee Hart et al.

| WRIT OF | [ ] EXECUTION (Money Judgment)<br>[✔] POSSESSION OF  [ ] Personal Property<br>  [✔] Real Property<br>[ ] SALE | CASE NUMBER:<br>56-2016-00482929-cl-ud-vta |
|---|---|---|

[✔] Limited Civil Case  [ ] Small Claims Case
[ ] Unlimited Civil Case  [ ] Other_____

1. **To the Sheriff or Marshal of the County of:** Ventura
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. *(Name):* DLI Properties, LLC
   is the [✔] judgment creditor [ ] assignee of record   whose address is shown on this form above the court's name.

4. **Judgment debtor** *(name, type of legal entity stated in judgment if not a natural person, and last known address):*

   Barbara Dee Hart

   648 Calle Tulipan Thousand Oaks, CA 91360

   [✔] Additional judgment debtors on next page

5. **Judgment entered on** *(date):*
   July 26, 2016

6. [ ] **Judgment renewed on** *(dates):*

7. **Notice of sale** under this writ
   a. [✔] has not been requested.
   b. [ ] has been requested *(see next page).*

8. [ ] Joint debtor information on next page.

9. [✔] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment .................... $ 0.00
12. Costs after judgment (per filed order or memo CCP 685.090) ........... $ 0.00
13. Subtotal *(add 11 and 12)* ......... $ 0.00
14. Credits ...................... $ 0.00
15. Subtotal *(subtract 14 from 13)* ...... $ 0.00
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees)... $ 0.00
17. Fee for issuance of writ ............. $ 25.00
18. **Total** *(add 15, 16, and 17)* ............ $ 25.00
19. Levying officer:
    (a) Add daily interest from date of writ *(at the legal rate on 15)* (not on GC 6103.5 fees) of. ....... $ 0.00
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i)) ........... $ 0.00
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

Issued on *(date)* JUL 2 7 2016   Clerk, by _____, Deputy

Michael D Planet

LYDIA GONZALEZ

**NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.**

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2012]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

EJ-130

| | |
|---|---|
| PLAINTIFF: DLI Properties, LLC | CASE NUMBER:<br>56-2016-00482929-cl-ud-vta |
| DEFENDANT: Barbara Dee Hart et al. | |

— Items continued from page 1—

21. [✓]  **Additional judgment debtor** *(name, type of legal entity stated in judgment if not a natural person, and last known address):*

Raoul Gregory Fields 648 Calle Tulipan Thousand Oaks, CA 91360

Jerry Burman 648 Calle Tulipan Thousand Oaks, CA 91360

22. [ ]  **Notice of sale** has been requested by *(name and address):*

23. [ ]  **Joint debtor** was declared bound by the judgment (CCP 989–994)
   a. on *(date):*
   b. name, type of legal entity stated in judgment if not a natural person, and last known address of joint debtor:

   a. on *(date):*
   b. name, type of legal entity stated in judgment if not a natural person, and last known address of joint debtor:

   c. [ ]  additional costs against certain joint debtors *(itemize):*

24. [✓]  *(Writ of Possession or Writ of Sale)* **Judgment** was entered for the following:
   a. [✓]  Possession of real property: The complaint was filed on *(date):* June 15, 2016
       *(Check (1) or (2)):*
       (1) [✓]  The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46.
              The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
       (2) [ ]  The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
              (a) $              was the daily rental value on the date the complaint was filed.
              (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following
                  dates *(specify):*
   b. [ ]  Possession of personal property.
       [ ]  If delivery cannot be had, then for the value *(itemize in 24e)* specified in the judgment or supplemental order.
   c. [ ]  Sale of personal property.
   d. [ ]  Sale of real property.
   e. Description of property:

       648 Calle Tulipan Thousand Oaks, CA 91360

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (Form EJ-150).
WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.
WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.
▶ *A Claim of Right to Possession form accompanies this writ (unless the Summons was served in compliance with CCP 415.46).*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
27489 Agoura Road, Ste. 102, Agoura Hills, CA 91301

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY UNDER 11 U.S.C. § 362(l) (with supporting declarations) (UNLAWFUL DETAINER)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
 09/13/2016  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

NEF CH7 Trustee - Sandra McBeth (TR) - jwalker@mcbethlegal.com
NEF US Trustee (ND) - ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 09/13/2016  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor - Jerry Burnam - 648 Calle Tulipan, Thousand Oaks, CA 91360
CH13 Trustee - Sandra McBeth - 2236 S. Broadway, Suite J, Santa Maria, CA 93454
Hon. Deborah J. Saltzman - 255 E. Temple St., Suite 1334, Los Angeles, CA 90012

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Each person below has been served via overnight mail service:

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/13/2016 | William Martinez | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.