Sandra K. McBeth, TRUSTEE
2236 So. Broadway, Suite J
Santa Maria, CA 93454
(805) 922-7915

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF California**
**Northern(Santa Barbara) Division**

| | |
|---|---|
| In Re: | Case No: 16-11674-DS |
| JERRY BURMAN | Chapter 7 |
| | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR[11 USC 341(A)] |
| Debtor(s) | |

COUNSEL: Pro Se

**TO THE ABOVE NAMED DEBTOR(S) AND TO COUNSEL OF RECORD, IF ANY:**

   PLEASE TAKE NOTICE that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **11/14/2016 at 11:00 AM** at 128 E. Carrillo, Santa Barbara, CA  93101, for the reason set forth below:

Your failure to appear at the previously scheduled 341(a) meeting previously scheduled in your matter. You are further notified that in the event you do not appear at the time and place listed above, your case may be automatically dismissed.

Dated:    10/26/2016                                                        /s/ Sandra K. McBeth, Chapter 7 Trustee
                                                                                          Sandra K. McBeth, TRUSTEE

On October 26, 2016, I served the foregoing document described as Notice of Continued Meetings on the interested parties in this action at the last known addresses in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States mail or served by the court via NEF to parties in this action that are on the Electronic Mail Notice List to receive NEF transmission.

Debtor(s) was/were served at the address as follows:

JERRY BURMAN
648 CALLE TULIPAN
THOUSAND OAKS, CA 91360

Dated:    10/26/2016                                                        /s/ Donna Earnest
                                                                                          Donna Earnest, Trustee Administrator