| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Sandra K. McBeth<br>Chapter 7 Trustee<br>2236 S. Broadway, Suite J<br>Santa Maria, CA 93455<br>(805) 922-0313<br>(805) 922-7915 (Fax)<br><br>[x] *Chapter 7 trustee appearing without an attorney*<br>[ ] *Attorney for chapter 7 trustee* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>JERRY BURMAN<br><br><br><br>Debtor(s). | CASE NO.: 9:16-bk-11674<br>CHAPTER: 7<br><br>**CHAPTER 7 TRUSTEE'S MOTION TO DISMISS BANKRUPTCY CASE AND DECLARATION THAT DEBTOR(S) FAILED TO APPEAR AT TWO 341(a) MEETINGS OF CREDITORS**<br>**[LBR 1017-2(b), LBR 9013-1(q)]** |
|---|---|

I am the trustee of this chapter 7 bankruptcy case. I request that this case be dismissed because the Debtor(s) failed to appear at two or more 341(a) meetings of creditors held pursuant to 11 U.S.C. § 341(a). I provided written notice to the Debtor(s) of any continued/rescheduled meeting of creditors.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 11/16/16

By: /s/ Sandra K. McBeth, Chapter 7 Trustee
Signature of trustee

Name: Sandra K. McBeth
Printed name of trustee

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*                    **F 1017-2.1.MOTION.DISM.CH7.TRUSTEE**