**United States Bankruptcy Court**
**Central District of California**

1415 State Street, Santa Barbara, CA 93101−2511

# ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO APPEAR AT 341(a) MEETING OF CREDITORS

**DEBTOR INFORMATION:**
Jerry Burman

**BANKRUPTCY NO.**  9:16−bk−11674−DS

**CHAPTER**  7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):**  xxx−xx−4271
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 11/16/16

**Address:**
648 Calle Tulipan
Thousand Oaks, CA 91360

The above debtor(s) has **FAILED TO APPEAR** for examination at the initial Section 341(a) meeting of creditors and any continuance thereof:

It is ordered:

1)    The case is dismissed.

2)    The automatic stay is vacated.

3)    Any discharge entered in this case is vacated.

4)    The Court retains jurisdiction on all issues arising under Bankruptcy Code § 110, 329 and 362.


Dated: November 16, 2016

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form van23b−odmwab VAN−23) Rev. 11/09

**17 / AOG**