United States Bankruptcy Court
Central District of California

```
In re:                                                              Case No. 16-11674-DS
Jerry Burman                                                        Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0973-9          User: aortizC              Page 1 of 1                  Date Rcvd: Nov 16, 2016
                              Form ID: van23b            Total Noticed: 9
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2016.
db             +Jerry Burman,   648 Calle Tulipan,   Thousand Oaks, CA 91360-4747
smg            +County Assessor,   County Government Center, Room 100,   San Luis Obispo, CA 93408-0001
37329951       +DLI PROPERTIES LLC,   27489 AGOURA RD STE 102,   AGOURA HILLS CA 91301-2481
37329947       +EOS CCA,   POB 981008,   BOSTON MA 02298-1008
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: BSMCBETH.COM Nov 17 2016 02:43:00      Sandra McBeth (TR),   2236 S. Broadway, Suite J,
                 Santa Maria, CA 93454-7800
smg            +E-mail/Text: SBCBankruptcy@co.santa-barbara.ca.us Nov 17 2016 02:54:01      County Tax Collector,
                 P.O. Box 357,   Santa Barbara, CA 93102-0357
smg             EDI: EDD.COM Nov 17 2016 02:43:00      Employment Development Dept.,   Bankruptcy Group MIC 92E,
                 P.O. Box 826880,   Sacramento, CA 94280-0001
smg             EDI: CALTAX.COM Nov 17 2016 02:43:00      Franchise Tax Board,   Bankruptcy Section MS: A-340,
                 P.O. Box 2952,   Sacramento, CA 95812-2952
37329949       +EDI: RESURGENT.COM Nov 17 2016 02:43:00      PINNACLE CREDIT SERVICES,   POB 10497 STE 110,
                 GREENVILLE SC 29603-0497
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +DLI Properties, LLC,   27489 Agoura Road, Suite 102,   Agoura Hills, CA 91301-2481
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2016 at the address(es) listed below:
              Lane M Nussbaum    on behalf of Creditor    DLI Properties, LLC lnussbaum@nussbaumapc.com,
               info@nussbaumapc.com
              Sandra   McBeth (TR)    jwalker@mcbethlegal.com, CA65@ecfcbis.com
              United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

## United States Bankruptcy Court
## Central District of California

1415 State Street, Santa Barbara, CA 93101−2511

# ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO APPEAR AT 341(a) MEETING OF CREDITORS

**DEBTOR INFORMATION:**
Jerry Burman

**BANKRUPTCY NO.**  9:16−bk−11674−DS

**CHAPTER**  7

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):   xxx−xx−4271
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 11/16/16

**Address:**
648 Calle Tulipan
Thousand Oaks, CA 91360

The above debtor(s) has **FAILED TO APPEAR** for examination at the initial Section 341(a) meeting of creditors and any continuance thereof:

It is ordered:

1)   The case is dismissed.

2)   The automatic stay is vacated.

3)   Any discharge entered in this case is vacated.

4)   The Court retains jurisdiction on all issues arising under Bankruptcy Code § 110, 329 and 362.

Dated: November 16, 2016

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form van23b−odmwab VAN−23) Rev. 11/09

**17 / AOG**